**2011–0117. [State ex rel.] Rashada v. Nation of Islam.**
In Prohibition. On complaint in prohibition of Hanan S. Rashada. On S.Ct.Prac.R. 10.5 determination, cause dismissed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

**2011–0152. [State ex rel.] Rowser v. Gwin.**
In Procedendo. On motions to dismiss and to determine relator to be a vexatious litigant. Motion to dismiss granted. Motion to determine relator to be a vexatious litigant denied. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

**2011–0190. State ex rel. Rinaldi v. Sinclair.**
In Mandamus. On complaint in mandamus of John Joseph Rinaldi. On S.Ct.Prac.R. 10.5 determination, cause dismissed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

**2011–0208. State ex rel. Wells v. Court of Appeals, Seventh Appellate Dist.**
In Mandamus. On respondents' motion to dismiss and relator's motion to determine action on the merits. Motion to dismiss granted. Motion to determine action on the merits denied as moot. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

**2011–0263. State ex rel. Rittner v. Fulton Cty.**
In Prohibition. On respondents' motion to dismiss and relator's motion to file out of rule and for other relief. Motion to dismiss granted. Motion to file out of rule denied. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

**2011–0290. State ex rel. Bolden v. Clancy.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

**2011–0315. In re M.N.**
Muskingum App. No. CT10–0025, 2010-Ohio-6465. On review of order certifying a conflict. The court determines that no conflict exists. This cause is therefore dismissed.

O'CONNOR, C.J., and PFEIFER, LANZINGER, and McGEE BROWN, JJ., concur.

LUNDBERG STRATTON, O'DONNELL, and CUPP, JJ., dissent.

**2011–0333. Sudberry v. Morgan.**
In Habeas Corpus. On petition for writ of habeas corpus of James Darnell Sudberry. Sua sponte, cause dismissed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**2009–2058. State ex rel. Daimler Chrysler Corp. v. Indus. Comm.**
Franklin App. No. 08AP–1017, 2009-Ohio-5778. On request for oral argument. Request denied.

McGEE BROWN, J., dissents.